IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLIE MARIE LEWIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-58 |
| | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 17th day of April, 2018, after considering the complaint (Doc. No. 9), the answer (Doc. No. 14), the administrative record (Doc. No. 15), the plaintiff's brief in support of her request for review (Doc. No. 18), the defendant's response to the request for review (Doc. No. 19), and the report and recommendation filed by United States Magistrate Judge Marilyn Heffley (Doc. No. 21); and no party having filed objections to the report and recommendation; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to return this matter to the court's active docket;

2. The report and recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**;[1]

3. The plaintiff's request for review is **GRANTED** insofar as she requests that the court vacate the decision of the Commissioner and remand for further proceedings;

---

[1] Since neither party filed objections to Magistrate Judge Heffley's report and recommendation, the court need not review the report before adopting it. *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987). Nonetheless, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report." *Id.* As such, the court will review the report for plain error. *See Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) ("In the absence of a timely objection, . . . this Court will review [the magistrate judge's] Report and Recommendation for clear error." (internal quotation marks omitted)). The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The court has reviewed Magistrate Judge Heffley's report for plain error and has found none.

4.     The final decision of the Commissioner is **VACATED**, and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the report and recommendation; and

5.     The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.


BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.